UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: **10-CV-20083-Seitz-O'Sullivan**

----------------------------------------------------------X

FORTUNE AT HIALEAH, LLC,

    Plaintiff,

v.

MT. HAWLEY INSURANCE COMPANY,

    Defendant.

----------------------------------------------------------X

FILED by VT D.C.
ELECTRONIC

Jan. 11, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**RULE 7.1 STATEMENT BY DEFENDANT,
MT. HAWLEY INSURANCE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, Mt. Hawley Insurance Company, by and through its undersigned counsel, states as follows: Mt. Hawley Insurance Company is a wholly-owned subsidiary of RLI Insurance Company. RLI Insurance Company is a wholly-owned subsidiary of RLI Corp., a publicly-traded company.

Dated: January 11, 2010
       Fort Lauderdale, FL

Respectfully submitted,

MOUND COTTON WOLLAN & GREENGRASS

By: _____
Ira S. Bergman, Esq. (Fla. Bar No. 980900)
ibergman@moundcotton.com
Jason M. Chodos, Esq. (Fla. Bar No. 025823)
jchodos@moundcotton.com
Mound Cotton Wollan & Greengrass
101 N.E. Third Avenue, Suite 1500
Fort Lauderdale, FL 33301
Tel. (954) 467-5800
Fax (954) 467-5880
*Counsel for Defendant,*
*Mt. Hawley Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Rule 7.1 Statement was served upon the following via U.S. Mail, postage prepaid, on the 11th day of January, 2010:

Joseph W. Ligman, Esq.
Ligman Martin, P.L.
Suite 319
15715 South Dixie Highway
Miami, FL 33157
Telephone (305) 255-1144
Facsimile  (305) 255-3775
*Attorneys for Plaintiff,*
*Fortune at Hialeah, LLC*

_____
Jason M. Chodos